585 A.2d 463

**Catherine M. KOHL, Appellant,**

**v.**

**John Carl KOHL.**

Supreme Court of Pennsylvania.

Argued Jan. 14, 1991.

Decided Feb. 6, 1991.

Arthur L. Jenkins, Jr., Norristown, for appellant.

Marc R. Wolfe, James V. Fareri, Stroudsburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY,· McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.

McDERMOTT, J., dissents.